1   Daniel L. Feder, Esq. (SB# 130867)
2   **LAW OFFICES OF DANIEL L. FEDER**
    332 Pine Street, Suite 700
3   San Francisco, CA 94104
    Telephone:  (415) 391-9476
4   Fax:  (415) 391-9432
    Email: danfeder@pacbell.net
5   **Attorneys for Plaintiff**
6   **HASSAN ALI**

7   Jacqueline DeSouza (SB# 133686)
    **DESOUZA LAW OFFICES,** a professional corporation
8   1615 Hopkins Street
    Berkeley, CA 94707
9   Tel: (510) 649-3420

10
    Steven Hamann, appearing pro hac vice
11  Aaron Gelb, appearing pro hac vice
    **VEDDER PRICE, PC**
12  222 North LaSalle Street
    Chicago, Illinois  60601
13  Tel: (312) 609-7500
    Fax: (312) 609-5005
14  **Attorneys for Defendants**
15  **STERICYCLE, INC.,**
    **STERICYCLE SPECIALTY WASTE SOLUTIONS, INC.**
16

17              IN THE UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

20  HASSAN ALI, an individual,          )   Case No.  C-12-03837 PJH
                                        )
21          Plaintiff,                  )
                                        )
22          v.                          )   **STIPULATION TO CONTINUE THE**
                                        )   **INTIAL CASE MANAGEMENT**
23  STERICYCLE, INC., a Delaware        )   **CONFERENCE AND [~~PROPOSED~~]**
    Corporation; STERICYCLE SPECIALTY   )   **ORDER**
24  WASTE SOLUTIONS INC., a Delaware    )
    Corporation; EILEEN DEL RIO, an     )
25  individual; BARRY DAVIS, an         )
    individual, and DOES 1 through 100, )
26  inclusive,                          )   Judge: Phyllis J. Hamilton
                                        )
27                                      )
            Defendants.                 )
28                                      )

**STIPULATION BY THE PARTEIS**

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

(1) The parties in this matter are scheduled to attend mediation on November 20, 2012, with Judge Chiantelli in ADR serves.

(2) Accordingly, the parties hereby stipulate to a (45) forty-five day continuance of the initial case management conference scheduled for November 1, 2012, and the deadline for the parties to file a joint case management statement, accordingly.

(3) A brief continuance is necessary to allow the parties opportunity to engage in meaningful settlement negotiations.

(4) This request for a continuance of the initial case management conference date is not being made for any improper reason, such as to cause delay in the proceedings, prejudice to the defendant, or to gain tactical advantage.


Dated: October 15, 2012               LAW OFFICES OF DANIEL FEDER

                                      By: _____/s/_____
                                      Daniel L. Feder, ESQ.
                                      Attorney for Plaintiff
                                      HASSAN ALI


Dated: October 15, 2012               DESOUZA LAW OFFICES

                                      By: _____/s/_____
                                      Jacqueline DeSouza, ESQ.
                                      Attorneys for Defendants
                                      STERICYCLE, INC., STERICYCLE
                                      SPECIALTY WASTE SOLUTIONS, INC.


Dated: October 15, 2012               VEDDER PRICE, PC

                                      By: _____/s/_____
                                      Steven Hamann, ESQ (pro hac vice)
                                      Aaron Gelb, ESQ (pro hac vice)
                                      Attorneys for Defendants
                                      STERICYCLE, INC., STERICYCLE
                                      SPECIALTY WASTE SOLUTIONS, INC.

**[PROPOSED] ORDER**

Good cause appearing, the Court ORDERS as follows:

    The Initial Case Management Conference in the matter of *Ali v. Stericycle, Inc. et al.* shall be continued from November 1, 2012 to ___January 17_____, 2013.  Accordingly, the parties shall file a joint case management statement by ___January 10_____, 2013.

    IT IS SO ORDERED.

    DATED: __10/22/12_____

IT IS SO ORDERED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Judge Phyllis J. Hamilton

Ali Vs. Stericycle, Inc                                    Case No. CV 12-03837 PJH

1                        **PROOF OF SERVICE**

2  1.   I, **Colleana Shuckahosee**, the below signed declare, I am the owner of THE LAW OFFICES OF
3       DANIEL FEDER, in the County of San Francisco, State of California.  I am over the age of 18 and
        not a party to the within action; my business address is 807 Montgomery Street, San Francisco,
4       California 94133.

5  2.   I am familiar with the office practice for depositing U.S. Mail, facsimile transmission and
6       Federal Express routing.  In addition, I am familiar with both State and Local Rules regarding
        use of recycled paper and represent this document and all documents referred to herein comply
7       with applicable recycled paper use requirements.

8  3.   On **October 16, 2012** I served the following document on the parties identified as follows:
9  4.
                            Jacqueline DeSouza
10                          DeSouza Law Offices
                             1615 Hopkins St.
11                          Berkeley, CA 94707

12

13                **STIPULATION TO CONTINUE THE INTIAL CASE
                  MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
14

15

16  4.   The manner of service is indicated below.  Please check one.

17

18  | PERSONAL   | I designated Wheels of Justice (process server organization) to
    | SERVICE    | hand served each such document by hand on Michael Loeb and
19               | on Adelmise Warner (listed above), by leaving the notice or
                 | other papers in an envelope or package clearly labeled to
20               | identify the attorney being served, with a receptionist or with a
                 | person having charge thereof. In cases where there is no person
21               | in the office with whom the notice or papers may be left, for
                 | purposes of compliance with CCP §1011(a), at the time of
22               | service is to be effected, service was made by leaving the notice
                 | or other papers between the hours of nine in the morning and
23               | five in the afternoon, in a conspicuous place in the office, or, if
                 | the attorney's office is not open so as to admit of that service,
24               | then service was made by leaving the notice or papers at the
                 | attorney's residence, with a person of not less than 18 years of
25               | age, if the attorney's residence is in the same county with his or
                 | her office, and, if the attorney's residence is not known or is not
26               | in the same county with his or her office, or being in the same
                 | county it is not open, or there is not found thereat any person of
27               | not less than 18 years of age, then service was made by putting
28

1

Ali Vs. Stericycle, Inc                                    Case No. CV 12-03837 PJH

1
2       the notice or papers, enclosed in a sealed envelope, into the post
        office or a mail box, subpost office, substation, or mail chute or
3       other like facility regularly maintained by the Government of
        the United States directed to the attorney at his or her office, if
4       known and otherwise to the attorney's residence, if known.  If
        neither the attorney's office nor residence is known, service was
5       made by delivering the notice or papers to the address of the
        attorney or party of record as designated on the court papers, or
6       by delivering the notice or papers to the clerk of the court, or to
        the judge where there is no clerk, for the attorney.
7  **X   U.S. MAIL**   I caused each such document, in an envelope, with first-class
        postage thereon fully pre-paid, to be deposited with the U.S.
8       Mail in San Francisco, California addressed to the parties listed
9       above.

   **FACSIMILE**   I caused each such document, to be transmitted by facsimile to
10      the facsimile number known by me to be the facsimile number
        of each of the parties listed on the attached service list.
11

12 **FEDERAL     I caused each such document, in an envelope, with Federal
   EXPRESS**     Express postage, postage pre-paid, to be deposited with Federal
13               Express in San Francisco, California.
14

15
I declare under penalty of perjury under the laws of the State of California that the above is true and
16 correct.

17

18
                              **Colleana Shuckahosee**
19

20

21

22

23

24

25

26

27

28