JACQUELINE DESOUZA, State Bar No.:133686
DESOUZA LAW OFFICES, a professional corporation
1615 Hopkins Street
Berkeley, CA 94707
Tel/Fax:        (510) 649-3420

Attorneys for Defendants
Stericycle, Inc., Stericycle Specialty
Waste Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALI, an Individual, | Case No. C12-03837 PJH |
| Plaintiff, | |
| vs. | Request to Withdraw and [~~Proposed~~] Order re: Withdrawal of Counsel |
| STERICYCLE, INC., a Delaware Corporation, STERICYCLE SPECIALTY WASTE SOLUTIONS INC., a Delaware Corporation and DOES 1-100, inclusive, | |
| Defendants. | |

Notice is hereby given to all parties and their attorneys of record:

Desouza Law Offices, PC ("DLO") requests leave of this Court to withdraw from this action.

Pursuant to Northern District Local Rule 11-5, Heather Sager of Vedder Price has substituted into the action for Defendants Stericycle, Inc and Stericycle Specialty Waste Solutions, Inc. (Docket No. 35.)

DATED:  April 26, 2013         DESOUZA LAW OFFICES
                                a professional corporation

                                By: ___/s/ Jacqueline deSouza_____
                                Jacqueline deSouza
                                Attorneys for Defendants
                                Stericycle, Inc.; Stericycle Specialty Waste
                                Solutions, Inc.

1 [PROPOSED] ORDER OF THE COURT

2 This Court grants Desouza Law Offices, PC request to withdraw from this action.

3 Dated: __May 1_____, 2013         _____
4                                         The Honorable Phyllis J. Hamilton
                                          Judge of the United States District Court
5                                         Northern District of California

