Daniel L. Feder, Bar No. 130867
**The Law Office of Daniel L. Feder**
332 Pine Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 391-9476
Facsimile:   (415) 391-9432
Email: danfeder@pacbell.net
**Attorneys for Plaintiff**
**HASSAN ALI**

Heather M. Sager, Bar No. 186566
**VEDDER PRICE, PC**
275 Battery Street
Suite 2464
San Francisco, California  94111
T:  +1 (415) 749-9500
F:  +1 (415) 749-9502
Email: hsager@vedderprice.com
**Attorneys for Defendants**
**STERICYCLE, INC.**
**STERICYCLE SPECIALTY WASTE SOLUTIONS, INC.**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ALI,<br><br>                  Plaintiff,<br><br>     v.<br><br>STERICYCLE, INC., a Delaware corporation; and STERICYCLE SPECIALTY WASTE SOLUTIONS, INC., a Delaware corporation,<br><br>                  Defendant. | Case No. 4:12-cv-03837-PJH<br><br>**STIPULATION TO CANCEL THE CASE MANAGEMENT CONFERENCE AND REQUEST FOR THE COURT TO DISMISS THIS CASE IN ITS ENTIRETY**<br><br>Date:        August 8, 2013<br>Time:       2:00 p.m.<br>Location:  Courtroom 3, 3rd Floor<br>Judge:      Hon. Phyllis J. Hamilton |

1

**Case No.:** C-12-03837 PJH

**STIPULATION BY THE PARTIES**

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

(1) The parties mutually request that this Honorable Court dismiss this case in its entirety.

(2) The parties also request that this Honorable Court cancel the Case Management Conference scheduled August 8, 2013.

Dated:  August 5, 2013                    THE LAW OFFICE OF DANIEL FEDER


                                          By:_____/s/_____
                                                Daniel L. Feder
                                                Attorneys for Plaintiff Hassan Ali

Dated:  August 5, 2013                    DESOUZA LAW OFFICES


                                          By:_____/s/_____
                                                Jacqueline DeSouza, Esq.
                                                Attorneys for Defendants STERICYCLE,
                                                INC. STERICYCLE SPECIALITY
                                                WASTE SOLUTIONS, INC.


                                          VEDDER PRICE, PC

                                          By:_____/s/_____
                                                Heather M. Sager, Esq. (pro hac vice)
                                                Attorneys for Defendants STERICYCLE, INC.
                                                STERICYCLE SPECIALITY WASTE
                                                SOLUTIONS, INC.


[~~PROPOSED~~] ORDER OF THE COURT

Good cause appearing, the Court ORDERS as follows:

This Court grants the parties request for a dismissal of this entire action with prejudice.

2

**Case No.:**  C-12-03837 PJH

This Court hereby dismisses this matter in its entirety.

Dated: 8/6/13

_____
The Honorable Phyllis J. Hamilton
Judge of the United States District Court
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

3

**Case No.:** C-12-03837 PJH